UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| JOHN PAUL ROTH | : | DOCKET NO. 2:06-cv-688<br>Section P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JOE P. YOUNG | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is a "Motion for Extension of Time to File Responsive Pleadings" [doc. 15] filed by *pro se* petitioner, John Paul Roth. By this motion, Petitioner seeks to have the court grant him an additional 30 days to file his reply to the government's answer. Having considered this motion,

IT IS ORDERED that the motion be GRANTED and that Petitioner be given until December 4, 2006 to file a reply.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, October 31, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE