RECEIVED
IN LAKE CHARLES, LA
JUN - 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN PAUL ROTH** | : | **DOCKET NO. 2:06-cv-688** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOE P. YOUNG** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _29_ day of _May_, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE